| To: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313−1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court Southern District of California on the following: _X_ Patents or ___ Trademarks:

| **DOCKET NO.**<br>3:15−cv−02809−BEN−NLS | **DATE FILED**<br>12/15/15 | **US District Court** Southern District of California<br>San Diego, CA |
|---|---|---|
| PLAINTIFF<br>Qualcomm Incorporated | | DEFENDANT<br>Parkervision, Inc. |

| PATENT OR TRADEMARK NO. | PATENT OR TRADEMARK NO. | PATENT OR TRADEMARK NO. |
|---|---|---|
| 1. 7,929,638 | 6. | 11. |
| 2. | 7. | 12. |
| 3. | 8. | 13. |
| 4. | 9. | 14. |
| 5. | 10. | 15. |

In the above−entitled case, the following patents(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>__ Amendment __ Answer __ Cross Bill __ Other Pleading |
|---|---|

| PATENT OR TRADEMARK NO. | PATENT OR TRADEMARK NO. | PATENT OR TRADEMARK NO. |
|---|---|---|
| 1. | 6. | 11. |
| 2. | 7. | 12. |
| 3. | 8. | 13. |
| 4. | 9. | 14. |
| 5. | 10. | 15. |

In the above−entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT | Notice of Voluntary Dismissal |
|---|---|

| CLERK<br>John Morrill | (BY) DEPUTY CLERK<br>A. Garcia | DATE<br>2/5/2016 |
|---|---|---|